## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____

e.DIGITAL CORPORATION;

       Plaintiff,

    v.

PENTAX OF AMERICA, INC.; HOYA CORPORATION; HOYA CORPORATION USA;
CANON USA, INC.; CANON, INC.; COBY ELECTRONICS CORP.; DXG TECHNOLOGY
(U.S.A.), INC.; DXG TECHNOLOGY, INC.; HTC AMERICA, INC.; HTC CORPORATION;
IKEGAMI ELECTRONICS (USA), INC.; IMATION CORPORATION; KYOCERA
COMMUNICATIONS, INC.; KYOCERA WIRELESS, INC.; KYOCERA INTERNATIONAL,
INC.; KYOCERA CORPORATION; LEICA CAMERA, INC.; LEICA CAMERA AG;
MARANTZ AMERICA, INC.; D&M HOLDINGS U.S. INC.; D&M HOLDINGS, INC.;
NOKIA, INC.; NOKIA CORPORATION; PANASONIC CORPORATION OF NORTH
AMERICA; PANASONIC CORPORATION; SUMMIT GLOBAL GROUP, LLC; ROLAND
SYSTEMS GROUP U.S.; ROLAND CORPORATION; SAKAR INTERNATIONAL, INC.;
SAMSON TECHNOLOGIES CORP.; TEAC AMERICA, INC.; VTECH ELECTRONICS
NORTH AMERICA, LLC; and TIC COMPUTER, INC.;

       Defendants.

---

### COMPLAINT FOR PATENT INFRINGEMENT

---

      Plaintiff e.Digital Corporation ("e.Digital") submits this Complaint for Patent
Infringement against each and all of the Defendants, and in support thereof states as follows:

### NATURE OF ACTION

      1.    This action seeks monetary damages and injunctive relief under the patent laws of
the United States, Title 35 of the United States Code, to remedy Defendants' infringement of
United States Patent No. 5,491,774 ("the '774 Patent") issued on February 13, 1996 and entitled
"Handheld Record and Playback Device with Flash Memory," and the harm to e.Digital caused
by Defendants' infringement. A copy of the '774 Patent is attached hereto as Exhibit A.

**PARTIES**

1.      e.Digital is a Delaware corporation having its principal place of business located at 16770 West Bernardo Drive, San Diego, California 92127.

2.      Upon information and belief, Defendant PENTAX OF AMERICA, INC. is a Delaware corporation, registered as a foreign corporation in Colorado with its principal place of business located at 600 12th Street, Suite 300, Golden, Colorado 80401.    Upon further information and belief, Defendant HOYA CORPORATION is a Japanese corporation with its principal place of business located at 2-7-5 Naka-Ochiai, Shinjuku-ku, Tokyo 161-8525 Japan. Upon further information and belief, Defendant HOYA CORPORATION USA is a California corporation with its principal place of business located at 101 Metro Drive, Suite 500, San Jose, California 95110.  Hereinafter PENTAX OF AMERICA INC., HOYA CORPORATION, and HOYA CORPORATION USA will be collectively referred to as "Pentax".

3.      Upon information and belief, Defendant CANON USA, INC. is a New York corporation with its principal place of business located at One Canon Plaza, Lake Success, New York 11042.  Upon further information and belief, Defendant CANON, INC. is a Japanese corporation with its principal place of business located at 30-2, Shimomaruko 3-chome, Ohta-ku, Tokyo 146-8501, Japan.    Hereinafter CANON USA, INC. and CANON, INC. will be collectively referred to as "Canon".  Canon USA, Inc. is registered with the Colorado Secretary of State as a foreign corporation and has appointed The Corporation Company, 1675 Broadway Suite 1200, Denver, Colorado 80202 as its agent for service of process.

4.      Upon    information    and    belief,    Defendant    COBY    ELECTRONICS CORPORATION ("Coby") is a New York corporation with its principal place of business located at 1991 Marcus Avenue Suite. 301, Lake Success, New York 11042.

DM1\1922859.2

5.    Upon information and belief, Defendant DXG TECHNOLOGY (U.S.A.), INC. is a California corporation with its principal place of business located at 1001 Lawson Street, City of Industry, California 91748.    Upon further information and belief, Defendant DXG TECHNOLOGY, INC. is a Taiwanese corporation with its principal place of business located at 15F., No. 4, Sec 3, Ming-Chuan East Road, Taipei 10477.  Hereinafter DXG TECHNOLOGY (U.S.A.), INC. and DXG TECHNOLOGY, INC. will be collectively referred to as "DXG".

6.    Upon information and belief, Defendant HTC AMERICA, INC. is a Texas corporation with its principal place of business located at 13920 South East Eastgate Way, Suite 400, Bellevue, Washington 98005.  Upon further information and belief, Defendant HTC CORPORATION is a Taiwanese corporation with its principal place of business located at 23 Hsin Hua Rd., Taoyuan 330, Taiwan, R. O. C.  Hereinafter HTC AMERICA, INC. and HTC CORPORATION will be collectively referred to as "HTC".

7.    Upon information and belief, Defendant IKEGAMI ELECTRONICS (USA), INC. ("Ikegami") is a New York corporation with its principal place of business located at 37 Brook Avenue, Maywood, New Jersey 07607.

8.    Upon information and belief, IMATION CORPORATION ("Imation") is a Delaware corporation with its principal place of business located at 1 Imation Way, Oakdale, Minnesota 55128.

9.    Upon information and belief, Defendant KYOCERA COMMUNICATIONS, INC. is a California corporation with its principal place of business located at 10300 Campus Point Drive, San Diego, CA 92121.  Upon further information and belief, KYOCERA WIRELESS, INC. is a California corporation with its principal place of business located at 10300 Campus Point Drive, San Diego, CA 92121.  Upon further information and belief,

- 3 -

Defendant KYOCERA INTERNATIONAL, INC. is a California corporation with its principal place of business located at 8611 Balboa Avenue, San Diego, California 92123-1580. Upon further information and belief, Defendant KYOCERA CORPORATION is a Japanese corporation with its principal place of business located at 6 Takeda Tobadono-cho, Fushimi-ku, Kyoto 612-8501, Japan. Hereinafter KYOCERA COMMUNICATIONS, INC., KYOCERA WIRELESS, INC., KYOCERA INTERNATIONAL, INC., and KYOCERA CORPORATION will be collectively referred to as "Kyocera".

10.    Upon information and belief, Defendant LEICA CAMERA, INC. is a Delaware corporation with its principal place of business located at 1 Pearl Court, Unit A, Allendale, New Jersey, 07401. Upon further information and belief, LEICA CAMERA AG is a German corporation with its principal place of business located at Stefan Göbel, Oskar-Barnack-Straße 11, D - 35606 Solms. Hereinafter LEICA CAMERA, INC. and LEICA CAMERA AG will be collectively referred to as "Leica".

11.    Upon information and belief, Defendant MARANTZ AMERICA, INC. is a California corporation with its principal place of business located at 100 Corporate Drive, Mahwah, New Jersey 07430. Upon further information and belief, Defendant D&M HOLDINGS US INC. is a Delaware corporation with its principal place of business located at 100 Corporate Drive, Mahwah, New Jersey 07430. Upon further information and belief, Defendant D&M HOLDINGS INC. is a Japanese corporation with its principal place of business located at D&M Building 2-1, Nisshin-cho, Kawasaki-ku, Kawasaki-shi, Kanagawa, 210-8569 Japan. Hereinafter MARANTZ AMERICA, INC., D&M HOLDINGS US INC., and D&M HOLDINGS INC. will be collectively referred to as "Marantz".

12.    Upon information and belief, Defendant NOKIA, INC. is a Delaware corporation

- 4 -

with its principal place of business located at 102 Corporate Park Drive, White Plains, New York 10604. Nokia is registered to do business in Colorado as a foreign corporation and has appointed National Registered Agents Inc., 1535 Grant Street Suite 140, Denver, Colorado 80203, as its agent for service of process. Upon further information and belief, NOKIA CORPORATION is a Finnish corporation with its principal place of business located at Keilalahdentie 2-4, P.O. Box 226, FIN-00045 Nokia Group, Finland. Hereinafter NOKIA, INC. and NOKIA CORPORATION will be collectively referred to as "Nokia".

13.     Upon information and belief, Defendant PANASONIC CORPORATION OF NORTH AMERICA is a Delaware corporation with its principal place of business located at One Panasonic Way, Secaucus, New Jersey 07094. Panasonic has appointed The Corporation Company, 1675 Broadway, Suite 1200, Denver, Colorado 80202 as its agent for service of process. Upon further information and belief, PANASONIC CORPORATION is a Japanese corporation with its principal place of business located at 1006, Oaza Kadoma, Kadoma-shi, Osaka 571-8501, Japan. Hereinafter PANASONIC CORPORATION OF NORTH AMERICA and PANASONIC CORPORATION will collectively be referred to as "Panasonic".

14.     Upon information and belief, Defendant SUMMIT GLOBAL GROUP, LLC ("Polaroid") is a Delaware limited liability corporation with its principal place of business located at 4400 Baker Road, Minnetonka, Minnesota 55343.

15.     Upon information and belief, Defendant ROLAND SYSTEMS GROUP U.S. is a California corporation with its principal place of business located at 5100 S. Eastern Avenue, Los Angeles, California 90040. Upon further information and belief, ROLAND CORPORATION is a Japanese corporation with its principal place of business at 1-4-20 Sonezaki-shinchi, Kita-ku, Osaka 530-0002, Japan. Hereinafter ROLAND SYSTEMS GROUP

U.S. and ROLAND CORPORATION will be collectively referred to as "Roland".

16.     Upon information and belief, Defendant SAKAR INTERNATIONAL, INC. ("Sakar") is a New York corporation with its principal place of business located at 195 Carter Drive, Edison, New Jersey 08817.

17.     Upon information and belief, Defendant SAMSON TECHNOLOGIES CORP. ("Samson") is a New York corporation with its principal place of business located at 45 Gilpin Avenue, Suite 100, Hauppauge, New York 11788.

18.     Upon information and belief, Defendant TEAC AMERICA, INC. doing business as TASCAM ("Tascam") is a California corporation with its principal place of business located at 7733 Telegraph Road, Montebello, California 90640.

19.     Upon information and belief, Defendant VTECH ELECTRONICS NORTH AMERICA, LLC ("Vtech") is a Delaware limited liability company with its principal place of business located at 1155 West Dundee, Suite 130, Arlington Heights, Illinois 60004-1454.

20.     Upon information and belief, Defendant TIC COMPUTER, INC. doing business as WOLVERINE DATA ("Wolverine") is a California corporation with its principal place of business located at 9939 Muirlands Boulevard, Irvine, California 92618.

21.     Pentax, Canon, Coby, DXG, HTC, Ikegami, Imation, Kyocera, Leica, Marantz, Nokia, Panasonic, Polaroid, Roland, Sakar, Samson, Tascam, Vtech, and Wolverine shall collectively be referred to herein as the "Defendants."

## JURISDICTION AND VENUE

22.     This Court has subject matter jurisdiction over this case based on 28 U.S.C. §§ 1331 and 1338(a) because this case presents a well-pleaded federal question under the Patent Act of 1952 (as amended), 35 U.S.C. §§ 1, *et seq.*

- 6 -

23.    This Court has personal jurisdiction over the Defendants. Upon information and belief, each of the Defendants has transacted business in this judicial district directly or indirectly through its affiliated subsidiaries and has committed, contributed to, and/or induced acts of patent infringement in this judicial district including, among other things, through the sale of infringing products through retailers located in Colorado and this judicial jurisdiction.

24.    Venue within this District is proper under 28 U.S.C. §§ 1391(b) and (c) and 1400(b).

## COUNT 1:  INFRINGEMENT OF THE '774 PATENT
### (35 U.S.C. § 271)

25.    The allegations of paragraphs 1-24 are incorporated herein by reference.

26.    Plaintiff e.Digital is the sole owner by assignment of the '774 Patent.

27.    Upon information and belief, Pentax manufactures, uses, sells and offers to sell, and/or imports into the United States for subsequent use and sale products that infringe, directly and/or indirectly, or which employ systems or components that make use of systems that infringe, directly and/or indirectly (by inducement and/or contributory infringement), at least claims 1 and 19 of the '774 Patent, including without limitation, the Pentax Optio E70 and other products acting or capable of acting in the manner described and claimed in the '774 Patent (collectively referred to as "Pentax Infringing Products"). The Pentax Infringing Products have been and are currently sold and/or offered for sale by Pentax Imaging Company in Golden, Colorado.

28.    Upon information and belief, Canon manufactures, uses, sells and offers to sell, and/or imports into the United States for subsequent use and sale products that infringe, directly and/or indirectly, or which employ systems or components that make use of systems that infringe, directly and/or indirectly (by inducement and/or contributory infringement), at least

DM1\1922859.2

claims 1 and 19 of the '774 Patent, including without limitation, the Powershot SD1000, Powershot A460, Powershot G7, Powershot S3 IS, Powershot TX1, and other products acting or capable of acting in the manner described and claimed in the '774 Patent (collectively referred to as "Canon Infringing Products"). Certain of the Canon Infringing Products have been and are currently sold and/or offered for sale at the Best Buy, located at 1400 Denver West Blvd., Lakewood, Colorado 80401.

29.    Upon information and belief, Coby manufactures, uses, sells and offers to sell, and/or imports into the United States for subsequent use and sale products that infringe, directly and/or indirectly, or which employ systems or components that make use of systems that infringe, directly and/or indirectly (by inducement and/or contributory infringement), at least claims 1 and 19 of the '774 Patent, including without limitation, the Coby CAM4000 digital video camera and other products acting or capable of acting in the manner described and claimed in the '774 Patent (collectively referred to as "Coby Infringing Products"). Certain of the products manufactured by Coby have been and are currently sold and/or offered for sale at the Walmart, located at 11101 South Parker Road, Parker, Colorado 80134.

30.    Upon information and belief, DXG manufactures, uses, sells and offers to sell, and/or imports into the United States for subsequent use and sale products that infringe, directly and/or indirectly, or which employ systems or components that make use of systems that infringe, directly and/or indirectly (by inducement and/or contributory infringement), at least claims 1 and 19 of the '774 Patent, including without limitation, the DXG 595V HD and other products acting or capable of acting in the manner described and claimed in the '774 Patent (collectively referred to as "DXG Infringing Products"). Certain of the DXG Infringing Products have been and are currently sold and/or offered for sale at Office Max, located at 9575 E. County

Line Road, Englewood, Colorado 80112.

31.    Upon information and belief, Ikegami manufactures, uses, sells and offers to sell, and/or imports into the United States for subsequent use and sale products that infringe, directly and/or indirectly, or which employ systems or components that make use of systems that infringe, directly and/or indirectly (by inducement and/or contributory infringement), at least claims 1 and 19 of the '774 Patent, including without limitation, the Ikegami HSD-V10 and other products acting or capable of acting in the manner described and claimed in the '774 Patent (collectively referred to as "Ikegami Infringing Products").  Certain of the Ikegami Infringing Products have been and are currently sold and/or offered for sale at Burst Communications Inc., located at 8200 S. Akron, Suite 108, Englewood, Colorado 80112.

32.    Upon information and belief, HTC manufactures, uses, sells and offers to sell, and/or imports into the United States for subsequent use and sale products that infringe, directly and/or indirectly, or which employ systems or components that make use of systems that infringe, directly and/or indirectly (by inducement and/or contributory infringement), at least claims 1 and 19 of the '774 Patent, including without limitation, the HTC Imagio and other products acting or capable of acting in the manner described and claimed in the '774 Patent (collectively referred to as "HTC Infringing Products").  Certain of the HTC Infringing Products have been and are currently sold and/or offered for sale at Best Buy, located at Best Buy, 1400 Denver West Blvd., Lakewood, Colorado 80401.

33.    Upon information and belief, Imation manufactures, uses, sells and offers to sell, and/or imports into the United States for subsequent use and sale products that infringe, directly and/or indirectly, or which employ systems or components that make use of systems that infringe, directly and/or indirectly (by inducement and/or contributory infringement), at least

DM1\1922859.2

claims 1 and 19 of the '774 Patent, including without limitation, the Memorex PIC MCC228RSBLK and other products acting or capable of acting in the manner described and claimed in the '774 Patent (collectively referred to as "Imation Infringing Products"). Certain of the Imation Infringing Products have been and are currently sold and/or offered for sale at Toys R' Us, located at 13790 E. Mississippi Ave., Aurora, CO 80012.

34.    Upon information and belief, Kyocera manufactures, uses, sells and offers to sell, and/or imports into the United States for subsequent use and sale products that infringe, directly and/or indirectly, or which employ systems or components that make use of systems that infringe, directly and/or indirectly (by inducement and/or contributory infringement), at least claims 1 and 19 of the '774 Patent, including without limitation, the SL300RT and other products acting or capable of acting in the manner described and claimed in the '774 Patent (collectively referred to as "Kyocera Infringing Products"). Certain of the Kyocera Infringing Products have been and are currently sold and/or offered for sale at Best Buy, located at 1400 Denver West Blvd., Lakewood, Colorado 80401.

35.    Upon information and belief, Leica manufactures, uses, sells and offers to sell, and/or imports into the United States for subsequent use and sale products that infringe, directly and/or indirectly, or which employ systems or components that make use of systems that infringe, directly and/or indirectly (by inducement and/or contributory infringement), at least claims 1 and 19 of the '774 Patent, including without limitation, the LEICA V-LUX1 and other products acting or capable of acting in the manner described and claimed in the '774 Patent (collectively referred to as "Leica Infringing Products"). Certain of the Leica Infringing Products have been and are currently sold and/or offered for sale at Englewood Camera, located at 5885 S. Broadway, Englewood, Colorado 80121.

36.     Upon information and belief, Marantz manufactures, uses, sells and offers to sell, and/or imports into the United States for subsequent use and sale products that infringe, directly and/or indirectly, or which employ systems or components that make use of systems that infringe, directly and/or indirectly (by inducement and/or contributory infringement), at least claims 1 and 19 of the '774 Patent, including without limitation, the Marantz Professional PMD620 and other products acting or capable of acting in the manner described and claimed in the '774 Patent (collectively referred to as "Marantz Infringing Products"). Certain of the Marantz Infringing Products have been and are currently sold and/or offered for sale at Guitar Center, located at 1585 South Colorado Boulevard, Denver, Colorado 80222.

37.     Upon information and belief, Nokia manufactures, uses, sells and offers to sell, and/or imports into the United States for subsequent use and sale products that infringe, directly and/or indirectly, or which employ systems or components that make use of systems that infringe, directly and/or indirectly (by inducement and/or contributory infringement), at least claims 1 and 19 of the '774 Patent, including without limitation, the Nokia 7205 and other products acting or capable of acting in the manner described and claimed in the '774 Patent (collectively referred to as "Nokia Infringing Products"). Certain of the Nokia Infringing Products have been and are currently sold and/or offered for sale at Verizon Wireless, located at Cherry Creek Mall, 3000 East First Avenue, Suite 199, Denver, Colorado 80206.

38.     Upon information and belief, Panasonic manufactures, uses, sells and offers to sell, and/or imports into the United States for subsequent use and sale products that infringe, directly and/or indirectly, or which employ systems or components that make use of systems that infringe, directly and/or indirectly (by inducement and/or contributory infringement), at least claims 1 and 19 of the '774 Patent, including without limitation, the Panasonic Lumix® DMC-

ZS3 and other products acting or capable of acting in the manner described and claimed in the '774 Patent (collectively referred to as "Panasonic Infringing Products"). Certain of the Pansonic Infringing Products have been and are currently sold and/or offered for sale at the Wolf Camera, located at 14255 W. Colfax Ave., Lakewood, Colorado 80401.

39.     Upon information and belief, Polariod manufactures, uses, sells and offers to sell, and/or imports into the United States for subsequent use and sale products that infringe, directly and/or indirectly, or which employ systems or components that make use of systems that infringe, directly and/or indirectly (by inducement and/or contributory infringement), at least claims 1 and 19 of the '774 Patent, including without limitation, the Polaroid DVC-00725F and other products acting or capable of acting in the manner described and claimed in the '774 Patent (collectively referred to as "Polaroid Infringing Products"). Certain of the Polaroid Infringing Products have been and are currently sold and/or offered for sale at Target, located at 14500 W. Colfax Ave., Lakewood, Colorado 80401.

40.     Upon information and belief, Roland manufactures, uses, sells and offers to sell, and/or imports into the United States for subsequent use and sale products that infringe, directly and/or indirectly, or which employ systems or components that make use of systems that infringe, directly and/or indirectly (by inducement and/or contributory infringement), at least claims 1 and 19 of the '774 Patent, including without limitation, the Edirol R-09HR and other products acting or capable of acting in the manner described and claimed in the '774 Patent (collectively referred to as "Roland Infringing Products"). Certain of the Roland Infringing Products have been and are currently sold and/or offered for sale at Guitar Center, located at 9647 E. County Line Rd., Englewood, Colorado 80112.

41.     Upon information and belief, Sakar manufactures, uses, sells and offers to sell,

- 12 -

and/or imports into the United States for subsequent use and sale products that infringe, directly and/or indirectly, or which employ systems or components that make use of systems that infringe, directly and/or indirectly (by inducement and/or contributory infringement), at least claims 1 and 19 of the '774 Patent, including without limitation, the Vivitar DVR865HD Digital Video Camcorder and other products acting or capable of acting in the manner described and claimed in the '774 Patent (collectively referred to as "Sakar Infringing Products"). Certain of the Sakar Infringing Products have been and are currently sold and/or offered for sale at Walmart, located at 440 Wadsworth Blvd., Lakewood, Colorado 80226.

42.    Upon information and belief, Samson manufactures, uses, sells and offers to sell, and/or imports into the United States for subsequent use and sale products that infringe, directly and/or indirectly, or which employ systems or components that make use of systems that infringe, directly and/or indirectly (by inducement and/or contributory infringement), at least claims 1 and 19 of the '774 Patent, including without limitation, the Zoom H4n and other products acting or capable of acting in the manner described and claimed in the '774 Patent (collectively referred to as "Samson Infringing Products"). Certain of the Samson Infringing Products have been and are currently sold and/or offered for sale at National Speaker & Sound, located at 1559 S. Broadway, Denver, Colorado 80210.

43.    Upon information and belief, Tascam manufactures, uses, sells and offers to sell, and/or imports into the United States for subsequent use and sale products that infringe, directly and/or indirectly, or which employ systems or components that make use of systems that infringe, directly and/or indirectly (by inducement and/or contributory infringement), at least claims 1 and 19 of the '774 Patent, including without limitation, the TASCAM DR-100 and other products acting or capable of acting in the manner described and claimed in the '774 Patent

- 13 -

(collectively referred to as "Tascam Infringing Products"). Certain of the Tascam Infringing Products have been and are currently sold and/or offered for sale at Guitar Center, located at 9647 E. County Line Rd., Englewood, Colorado 80112.

44.    Upon information and belief, Vtech manufactures, uses, sells and offers to sell, and/or imports into the United States for subsequent use and sale products that infringe, directly and/or indirectly, or which employ systems or components that make use of systems that infringe, directly and/or indirectly (by inducement and/or contributory infringement), at least claims 1 and 19 of the '774 Patent, including without limitation, the vTech Kidizoom and other products acting or capable of acting in the manner described and claimed in the '774 Patent (collectively referred to as "Vtech Infringing Products"). Certain of the VTech Infringing Products have been and are currently sold and/or offered for sale at Walmart, located at 440 Wadsworth Blvd., Lakewood, Colorado 80226.

45.    Upon information and belief, Wolverine manufactures, uses, sells and offers to sell, and/or imports into the United States for subsequent use and sale products that infringe, directly and/or indirectly, or which employ systems or components that make use of systems that infringe, directly and/or indirectly (by inducement and/or contributory infringement), at least claims 1 and 19 of the '774 Patent, including without limitation, the Wolverine MyMovie HD and other products acting or capable of acting in the manner described and claimed in the '774 Patent (collectively referred to as "Wolverine Infringing Products"). Certain of the Wolverine Infringing Products may have been sold, upon information and belief, at Costco located at 5195 Wadsworth Boulevard, Arvada Colorado 80002 and currently are offered for sale to Colorado consumers through Wolverine's website, www.wolverinedata.com.

46.    As a result of Defendants' infringement of the '774 Patent, e.Digital has suffered,

- 14 -

and will continue to suffer, damages in an amount to be shown at trial.

47. As a result of Defendants' continuing infringement of e.Digital's rights in the '774 Patent, e.Digital is suffering irreparable harm. If Defendants' infringing conduct is not enjoined, e.Digital will continue to suffer irreparable harm.

### JURY DEMAND

48. e.Digital demands a trial by jury on all claims and issues so triable.

### PRAYER FOR RELIEF

WHEREFORE, e.Digital petitions this Court and requests that a judgment be entered and relief be granted as follows:

A. Entering judgment against each of the Defendants and finding that each of the Defendants has infringed the '774 Patent, as alleged herein (directly, by inducement, and/or contributorily);

B. Preliminarily and permanently enjoining, restraining, and prohibiting each of the Defendants, and any party acting through, for, or in concert with the Defendants from further infringing (directly, by inducement, or contributorily) any claim of the '774 Patent;

C. Awarding to Plaintiff such monetary or compensatory damages as may be found or deemed adequate to fully compensate Plaintiff for any of the Defendants' acts of infringement of the '774 Patent and/or any other injury suffered by Plaintiff due to the Defendants' acts of infringement of the '774 Patent;

D. Awarding to Plaintiff its costs; and

E. Awarding to Plaintiff such other, further, or general relief as this Court may deem proper.

DM1\1922859.2

Respectfully submitted,

Dated: November 2, 2009

L. Norwood Jameson (003970)
Matthew S. Yungwirth (783597)
DUANE MORRIS LLP
1180 West Peachtree Street, Suite 700
Atlanta, Georgia 30309
Telephone: 404.253.6935
Facsimile: 404.253.6901
E-mail: wjameson@duanemorris.com
E-mail: msyungwirth@duanemorris.com

James Y. C. Sze (CA SBN 203274)
Heather U. Guerena (CA SBN 238122)
DUANE MORRIS LLP
101 West Broadway, Suite 900
San Diego, CA 92101
Telephone: 619.744.2200
Facsimile: 619.744.2201
E-mail: jsze@duanemorris.com
E-mail: huguerena@duanemorris.com

Attorneys for Plaintiff e.Digital Corporation

DM1\1922859.2