# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-02578-MSK-MJW

e.DIGITAL CORPORATION,

    Plaintiff,

v.

PENTAX OF AMERICA, INC.;
HOYA CORPORATION;
HOYA CORPORATION USA;
CANON USA, INC.;
CANON, INC.;
COBY ELECTRONICS CORP.;
DXG TECHNOLOGY (U.S.A.), INC.;
DXG TECHNOLOGY, INC.;
HTC AMERICA, INC.;
HTC CORPORATION;
IKEGAMI ELECTRONICS (USA), INC.;
IMATION CORPORATION;
KYOCERA COMMUNICATIONS, INC.;
KYOCERA WIRELESS, INC.;
KYOCERA INTERNATIONAL, INC.;
KYOCERA CORPORATION;
LEICA CAMERA, INC.;
LEICA CAMERA AG;
MARANTZ AMERICA, INC.;
D&M HOLDINGS U.S. INC.;
D&M HOLDINGS, INC.;
NOKIA INC.;
NOKIA CORPORATION;
PANASONIC CORPORATION OF NORTH AMERICA;
PANASONIC CORPORATION;
SUMMIT GLOBAL GROUP, LLC;
ROLAND SYSTEMS GROUP U.S.;
ROLAND CORPORATION;
SAKAR INTERNATIONAL, INC.;
SAMSON TECHNOLOGIES CORP.;
TEAC AMERICA, INC.; and
VTECH ELECTRONICS NORTH AMERICA, LLC,

    Defendants.

09-CV-02578-MSK-MJW

**ORDER GRANTING COUNSEL LEAVE OF COURT TO APPEAR BY TELEPHONE**

(Docket No. 114)

THIS MATTER comes before the Court on the Unopposed Motion for Counsel to Appear by Telephone filed January 13, 2010.

The Court has reviewed the motion and the file, and good cause appearing therefor, GRANTS the motion. The Court hereby authorizes out-of-state counsel for the defendants to appear at the court conference scheduled in this proceeding before Magistrate Judge Watanabe for January 20, 2010 at 9:00 a.m. by telephone. Conference call to be arranged by defense counsel.

DATED this 14th day of January, 2010.

BY THE COURT:

_____
United States Magistrate Judge

MICHAEL J. W. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO
(303) 844-2403