IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO.  09-CV-02578-MSK-MJW

E.DIGITAL CORPORATION;
      Plaintiff,

     v.

PENTAX OF AMERICA, INC.;
HOYA CORPORATION;
HOYA CORPORATION USA;
CANON USA, INC.;
CANON, INC.;
COBY ELECTRONICS CORP.;
DXG TECHNOLOGY (U.S.A.), INC.;
DXG TECHNOLOGY CORPORATION;
HTC AMERICA, INC.;
IKEGAMI ELECTRONICS (USA), INC.;
IMATION CORPORATION;
KYOCERA COMMUNICATIONS, INC.;
KYOCERA INTERNATIONAL, INC.;
KYOCERA CORPORATION;
LEICA CAMERA, INC.;
MARANTZ AMERICA, INC.;
D&M HOLDINGS U.S. INC.;
D&M HOLDINGS, INC.;
NOKIA, INC.;
NOKIA CORPORATION;
PANASONIC CORPORATION OF NORTH AMERICA;
PANASONIC CORPORATION;
SAKAR INTERNATIONAL, INC.;
SAMSON TECHNOLOGIES CORP.;
TEAC AMERICA, INC.;  and
VTECH ELECTRONICS NORTH AMERICA, LLC;
      Defendants.

---

## ORDER GRANTING PLAINTIFF e.DIGITAL CORPORATION'S UNOPPOSED MOTION TO WITHDRAW ITS MOTION FOR LEAVE TO AMEND ITS COMPLAINT

( Docket No 185 )

THIS MATTER comes before the Court on Plaintiff e.Digital Corporation's Unopposed Motion to Withdraw its Motion for Leave to Amend its Complaint.  The Court has reviewed the motion and the file, and for good cause having been shown, the Motion is GRANTED.  Plaintiff e.Digital Corporation's Motion for Leave to Amend its Complaint (Doc. No. 178) is hereby withdrawn.

DATED this 23rd day of February, 2010.

BY THE COURT:

Michael J. Watanabe
U.S. Magistrate Judge