IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02578-MSK-MJW

e.DIGITAL CORPORATION,

Plaintiff,

v.

PENTAX OF AMERICA, INC., et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Stipulated Motion for Entry of Stipulated Protective Order (docket no. 239) is GRANTED finding good cause shown. The written Stipulated Protective Order (docket no. 239-1) is APPROVED and made an Order of Court.

Date: March 30, 2010