**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover                          Date:   January 28, 2011
Court Reporter:     Kara Spitler

Civil Action No. 09-cv-02578-MSK-MJW

*Parties*:                                                   *Counsel Appearing:*

e.DIGITAL CORPORATION,                                       Natalie Hanlon-Lei
                                                             Jared Briant
              Plaintiff,                                     James Y. C. Sze
                                                             Norwood Jameson
v.                                                           Matthew Yungwirth

PENTAX OF AMERICA, INC.;                                     Bruce Featherstone
HOYA CORPORATION;                                            Matt Collins
HOYA CORPORATION USA;                                        Michael Brody
CANON USA, INC.;                                             Richard Harris
CANON, INC.;                                                 Kevin O'Shea
COBY ELECTRONICS CORP.;                                      Gayle Strong
COBY ELECTRONICS CORP.;                                      Eric Maiers
DXG TECHNOLOGY (U.S.A.), INC.;                               John Keville
DXG TECHNOLOGY CORPORATION;                                  Ming-Tao Yang
HTC AMERICA, INC.;
HTC CORPORATION;                                             Jerry Selinger
IMATION CORPORATION;
KYOCERA COMMUNICATIONS, INC.;                                Eric Cohen
KYOCERA WIRELESS CORPORATION;
KYOCERA INTERNATIONAL, INC.;
KYOCERA CORPORATION;
LEICA CAMERA, INC.;                                          Joseph Casino
MARANTZ AMERICA, INC.;                                       Scott Llewellyn
D&M HOLDINGS U.S. INC.;
D&M HOLDINGS, INC.;
NOKIA, INC.;                                                 I amRichard Holme
NOKIA CORPORATION;                                           Alexas Skucas
PANASONIC CORPORATION OF NORTH AMERICA;
PANASONIC CORPORATION;
SUMMIT TECHNOLOGY GROUP, LLC;
SAKAR INTERNATIONAL, INC.;                                   David Parkinson

SAMSON TECHNOLOGIES CORP.;
TEAC AMERICA, INC.;
VTECH ELECTRNOICS NORTH AMERICA, LLC

                                                                                                                               James Nutall

          Defendants.

## COURTROOM MINUTES

HEARING:    Markman- evidentiary

**8:47 a.m.**    **Court in session.**

Counsel present as listed above.  Counsel that represent multiple parties are listed once.

The Court addresses preliminary matters.

**8:57 a.m.**    **Court in recess**
**9:22 a.m.**    **Court in session**

Statement by counsel Jameson that the parties agree that joint exhibits 1, 2, 3, 3A, 3B, 3C and 4 should come into evidence.

Statement by Mr. Keville as to the parties agreed to hierarchy of claim construction.

The Court addresses  Defendants' Renewed Motion to Preclude Testimony of Mr. Norris Regarding Claim Construction Issues ( **Doc. #362**)

Argument by Mr. Jameson.

**ORDER:**    Defendants' Renewed Motion to Preclude Testimony of Mr. Norris Regarding Claim Construction Issues (**Doc. #362**) is **GRANTED in part and DENIED in part.**   Mr. Norris may testify with regard to what he saw,  heard, said, or did, or intended at the time that the patent  was submitted to the patent office.  He may not testify as to  the device that results from the patent, nor may he testify as to any opinion by any other person, including someone familiar  in the art as to what the patent means.

The Court addresses  Plaintiffs' Motion to Exclude Defendants from Offering Non-Rebuttal Testimony (**Doc. #349**).

Argument by counsel Keville and Yungwirth.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**ORDER:** Plaintiffs' Motion to Exclude Defendants from Offering Non-Rebuttal Testimony (**Doc. #349**) is **DENIED**.

The Court addresses Defendants' Unopposed Motion to Permit Three Counsel to Conduct Hearing (**#352**);

**ORDER:** Defendants' Unopposed Motion to Permit Three Counsel to Conduct Hearing (**#352**) is **GRANTED** insofar as the examinations are not redundant amongst counsel.   Unopposed Motion to Expedite Consideration of Docket # 352 (**Doc. #353**) is **DENIED as moot.**

Opening statement for plaintiff by Mr. Jameson and counsel Cohen  for defendants.

**Witness sworn  for the plaintiff : Elwood Norris:**
**10:03 a.m.**     Direct Examination by Mr. Jameson.

 **EXHIBITS:  Received:**   (By stipulation): 1, 3, 3(c)

**10:43 a.m.       Court in recess.**
**10:58 a.m.       Court in session**

Cross examination of witness by Mr. Keville.

Re-direct examination of witness by Mr. Jameson.

Plaintiff  rests.

**EXHIBITS:   Received:**     2, 3(a), 3(b)    (all by stipulation)

**Witness sworn  for the defendants : Richard Mihran:**
**11:44  a.m.**    Direct Examination by Mr. O'Shea.

**11:58 a.m.      Court in recess**
**1:43 p.m.        Court in session**

Continued direct examination of witness by Mr. O'Shea.

**EXHIBITS:   Received:       4**

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**Court in recess:** 2:30 p.m.
**Court in session:** 2:44 p.m.

Continued direct examination of witness by Mr. O'Shea.

**EXHIBIT:** **Received**: 16 (for the purposes stated by the Court)

Cross examination of witness by Mr. Yungwirth.

No re-direct examination.

Closing argument for plaintiff by Mr. Jameson.

Closing argument for defendants by Mr. Cohen.

Questions from the Court.

**4:33 p.m.** **Court in recess**
**4:51 p.m.** **Court in session**

Statement from counsel Cohen.

The Court takes the matter under advisement and will issue a written ruling.

**4:53 p.m.** **Court in recess**

**Total Time: 5 hours 19 minutes.**
**Hearing concluded.**