IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-02578-MSK-MJW

e.DIGITAL CORPORATION,

        Plaintiff,

v.

PENTAX OF AMERICA, INC.;
HOYA CORPORATION;
HOYA CORPORATION USA;
CANON USA, INC.;
CANON, INC.;
COBY ELECTRONICS CORP.;
COBY ELECTRONICS CORP.;
DXG TECHNOLOGY (U.S.A.), INC.;
DXG TECHNOLOGY CORPORATION;
HTC AMERICA, INC.;
HTC CORPORATION;
IMATION CORPORATION;
KYOCERA COMMUNICATIONS, INC.;
KYOCERA WIRELESS CORPORATION;
KYOCERA INTERNATIONAL, INC.;
KYOCERA CORPORATION;
LEICA CAMERA, INC.;
MARANTZ AMERICA, INC.;
D&M HOLDINGS U.S. INC.;
D&M HOLDINGS, INC.;
NOKIA, INC.;
NOKIA CORPORATION;
PANASONIC CORPORATION OF NORTH AMERICA;
PANASONIC CORPORATION;
SUMMIT TECHNOLOGY GROUP, LLC;
SAKAR INTERNATIONAL, INC.;
SAMSON TECHNOLOGIES CORP.;
VTECH ELECTRNOICS NORTH AMERICA, LLC; and

        Defendants.

---

**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE OF
DEFENDANT TEAC AMERICA, INC.**

---

THIS MATTER comes before the Court on the Joint Motion for Dismissal with Prejudice

of Defendant TEAC AMERICA, INC. (Motion) **(#376)** filed March 1, 2011.  Having reviewed

the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiff e.Digital Corporation's claims for relief against TEAC in the above-styles action be dismissed with prejudice. e.Digital's claims against all other named defendants in this action remain pending. Each party shall bear its own attorney fees, costs and expenses. All future captions shall omit TEAC AMERICA, INC.

DATED this 1st day of March, 2011.

**BY THE COURT:**

Marcia S. Krieger
United States District Judge