IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02578-MSK-MJW

e.DIGITAL CORPORATION,

Plaintiff,

v.

PENTAX OF AMERICA, INC., et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Stipulated Motion for Entry of Stipulated Supplemental Protective Order for Source Code (docket no. **385**) is GRANTED finding good cause shown.  The written Stipulated Supplemental Protective Order for Source Code, included in docket no. 385,  is APPROVED as amended in paragraph 30 and made an Order of Court.

Date:   June 06, 2011