IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-02578-MSK-MJW

e.DIGITAL CORPORATION,

       Plaintiff,

v.

PENTAX OF AMERICA, INC.;
HOYA CORPORATION;
HOYA CORPORATION USA;
CANON USA, INC.;
CANON, INC.;
COBY ELECTRONICS CORP.;
COBY ELECTRONICS CORP.;
DXG TECHNOLOGY (U.S.A.), INC.;
DXG TECHNOLOGY CORPORATION;
HTC AMERICA, INC.;
HTC CORPORATION;
IMATION CORPORATION;
KYOCERA COMMUNICATIONS, INC.;
KYOCERA WIRELESS CORPORATION;
KYOCERA INTERNATIONAL, INC.;
KYOCERA CORPORATION;
LEICA CAMERA, INC.;
MARANTZ AMERICA, INC.;
D&M HOLDINGS U.S. INC.;
D&M HOLDINGS, INC.;
NOKIA, INC.;
NOKIA CORPORATION;
PANASONIC CORPORATION OF NORTH AMERICA;
PANASONIC CORPORATION;
SAKAR INTERNATIONAL, INC.;
SAMSON TECHNOLOGIES CORP.;
TEAC AMERICA, INC.;
VTECH ELECTRNOICS NORTH AMERICA, LLC; and

       Defendants.

---

**ORDER GRANTING JOINT MOTION TO DISMISS SUMMIT TECHNOLOGY
GROUP, LLC, AND TO WITHDRAW DEFENDANT SUMMIT TECHNOLOGY**

**GROUP, LLC'S COUNTERCLAIM**

THIS MATTER comes before the Court on the Joint Motion to Dismiss Claims Against Summit Technology Group, LLC, and to Dismiss Defendant Summit Technology Group, LLC's Counterclaims (Motion) **(#389)** filed June 7, 2011. Having reviewed the Motion,

**IT IS ORDERED** that the Plaintiff e.Digital's claims against Defendant Summit are dismissed, without prejudice, and that Defendant Summit's counterclaims against Plaintiff e.Digital are dismissed without prejudice. All future captions shall omit Summit Technology Group, LLC.

DATED this 7th day of June, 2011.

                                                        **BY THE COURT:**

                                                        Marcia S. Krieger
                                                        United States District Judge