IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-02578-MSK-MJW

e.DIGITAL CORPORATION,

    Plaintiff,

v.

CANON USA, INC.;
CANON, INC.;
COBY ELECTRONICS CORP.;
COBY ELECTRONICS CORP.;
DXG TECHNOLOGY (U.S.A.), INC.;
DXG TECHNOLOGY CORPORATION;
HTC AMERICA, INC.;
HTC CORPORATION;
IMATION CORPORATION;
KYOCERA COMMUNICATIONS, INC.;
KYOCERA WIRELESS CORPORATION;
KYOCERA INTERNATIONAL, INC.;
KYOCERA CORPORATION;
LEICA CAMERA, INC.;
MARANTZ AMERICA, INC.;
D&M HOLDINGS U.S. INC.;
D&M HOLDINGS, INC.;
NOKIA, INC.;
NOKIA CORPORATION;
PANASONIC CORPORATION OF NORTH AMERICA;
PANASONIC CORPORATION;
SAKAR INTERNATIONAL, INC.;
SAMSON TECHNOLOGIES CORP.;
TEAC AMERICA, INC.;
VTECH ELECTRNOICS NORTH AMERICA, LLC; and

    Defendants.

**ORDER DISMISSING CLAIMS AGAINST DEFENDANTS PENTAX OF AMERICA, INC., HOYA CORPORATION; AND HOYA CORPORATION USA WITH PREJUDICE**

THIS MATTER is before the Court on the Joint Motion for Dismissal With Prejudice of

Defendant Pentax of America, Inc.; Hoya Corporation; and Hoya Corporation USA **(#391)** filed June 23, 2011.  The Court having read the Motion filed herein, and now being fully advised in the premises,

IT IS ORDERED that the Motion is **GRANTED**.  All claims and counterclaims asserted between Plaintiff and Defendants Pentax of America, Inc.; Hoya Corporation; and Hoya Corporation USA are hereby dismissed, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.  All future captions shall omit the aforementioned Defendants.

DATED this 24th day of June, 2011.

                                                     **BY THE COURT:**

                                                   Marcia S. Krieger
                                                   United States District Judge