IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-02578-MSK-MJW

e.DIGITAL CORPORATION,

        Plaintiff,

v.

PENTAX OF AMERICA, INC.;
HOYA CORPORATION;
HOYA CORPORATION USA;
COBY ELECTRONICS CORP.;
COBY ELECTRONICS CORP.;
DXG TECHNOLOGY (U.S.A.), INC.;
DXG TECHNOLOGY CORPORATION;
HTC AMERICA, INC.;
HTC CORPORATION;
IMATION CORPORATION;
KYOCERA COMMUNICATIONS, INC.;
KYOCERA WIRELESS CORPORATION;
KYOCERA INTERNATIONAL, INC.;
KYOCERA CORPORATION;
MARANTZ AMERICA, INC.;
D&M HOLDINGS U.S. INC.;
D&M HOLDINGS, INC.;
NOKIA, INC.;
NOKIA CORPORATION;
SAKAR INTERNATIONAL, INC.;
SAMSON TECHNOLOGIES CORP.;
TEAC AMERICA, INC.;
VTECH ELECTRNOICS NORTH AMERICA, LLC; and

        Defendants.

_____

**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS CANON USA, INC.  AND CANON, INC.**

e.Digital Corporation's ("e.Digital") and Canon USA, Inc. and Canon, Inc.'s

(collectively, "Canon") Joint Motion for Dismissal with Prejudice of Defendants Canon, Inc. and

Canon USA, Inc. **(#399)** is **GRANTED** and **IT IS HEREBY ORDERED** that, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff e.Digital Corporation's claims for relief against Canon and Canon's counterclaims against e.Digital be dismissed with prejudice. e.Digital's claims against all other named defendants in this action remain pending. Each party shall bear its own attorney fees, costs and expenses.

DATED this 17th day of August, 2011.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge