IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-02578-MSK-MJW

e.DIGITAL CORPORATION,

    Plaintiff,

v.

COBY ELECTRONICS CORP.;
DXG TECHNOLOGY (U.S.A.), INC.;
DXG TECHNOLOGY CORPORATION;
IMATION CORPORATION;
KYOCERA COMMUNICATIONS, INC.;
KYOCERA WIRELESS CORPORATION;
KYOCERA INTERNATIONAL, INC.;
KYOCERA CORPORATION;
MARANTZ AMERICA, INC.;
D&M HOLDINGS U.S. INC.;
D&M HOLDINGS, INC.;
NOKIA, INC.;
NOKIA CORPORATION;
SAKAR INTERNATIONAL, INC.;
SAMSON TECHNOLOGIES CORP.;
VTECH ELECTRNOICS NORTH AMERICA, LLC; and

    Defendants.

**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS HTC AMERICA, INC. AND HTC CORPORATION**

THIS MATTER comes before the Court on the Joint Motion for Dismissal With Prejudice of Defendants HTC America, Inc. And HTC Corporation (Motion) **(#402)**. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED**. Plaintiff e.Digital Corporation's claims for relief against HTC in the above-styled action and HTC's counterclaims against e.Digital are hereby dismissed with prejudice. Each party shall bear its own attorney fees, costs

and expenses.

DATED this 31st day of August, 2011.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge