IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-02578-MSK-MJW

e.DIGITAL CORPORATION,

   Plaintiff,

v.

COBY ELECTRONICS CORP.;
DXG TECHNOLOGY (U.S.A.), INC.;
DXG TECHNOLOGY CORPORATION;
IMATION CORPORATION;
KYOCERA COMMUNICATIONS, INC.;
KYOCERA WIRELESS CORPORATION;
KYOCERA INTERNATIONAL, INC.;
KYOCERA CORPORATION;
NOKIA, INC.;
NOKIA CORPORATION;
SAKAR INTERNATIONAL, INC.;
SAMSON TECHNOLOGIES CORP.;
VTECH ELECTRNOICS NORTH AMERICA, LLC; and

   Defendants.

## ORDER DISMISSING CLAIMS WITH PREJUDICE

  THIS MATTER is before the Court on the Joint Motion for Dismissal with Prejudice of Defendants Marantz America, Inc., D&M Holdings U.S., Inc. And D&M Holdings, Inc. (Motion) **(#404)** filed September 7, 2011.  The Court having read the Motion filed herein, and now being fully advised in the premises,

  **IT IS ORDERED** that the Motion is **GRANTED** and Plaintiff e.Digital Corporation's claims for relief against D&M in the above-styled action and D&M's counterclaims against e.Digital are hereby dismissed with prejudice.  Each party shall bear his, her or its own costs and

attorneys' fees herein expended.

DATED this 7th day of September, 2011.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge