IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-02578-MSK-MJW

e.DIGITAL CORPORATION,

       Plaintiff,

v.

COBY ELECTRONICS CORP.;
DXG TECHNOLOGY (U.S.A.), INC.;
DXG TECHNOLOGY CORPORATION;
KYOCERA COMMUNICATIONS, INC.;
KYOCERA WIRELESS CORPORATION;
KYOCERA INTERNATIONAL, INC.;
KYOCERA CORPORATION;
NOKIA, INC.;
NOKIA CORPORATION;
SAKAR INTERNATIONAL, INC.;
SAMSON TECHNOLOGIES CORP.;
VTECH ELECTRNOICS NORTH AMERICA, LLC; and

       Defendants.

---

**ORDER DISMISSING CLAIMS WITH PREJUDICE**

---

THIS MATTER is before the Court on the Joint Motion for Dismissal With Prejudice of Defendant Imation Corporation (Motion) **(#405)** filed September 7, 2011. The Court having read the Motion filed herein, and now being fully advised in the premises,

**IT IS ORDERED** that the Motion is **GRANTED** and Plaintiff e.Digital Corporation's claims for relief against Imation in the above-styled action and Imation's counterclaims against e.Digital are hereby dismissed with prejudice. Each party shall bear his, her or its own costs and attorneys' fees herein expended.

DATED this 7th day of September, 2011.

**BY THE COURT:**

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge