IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-02578-MSK-MJW

e.DIGITAL CORPORATION,

    Plaintiff,

v.

COBY ELECTRONICS CORP.;
DXG TECHNOLOGY (U.S.A.), INC.;
DXG TECHNOLOGY CORPORATION;
KYOCERA COMMUNICATIONS, INC.;
KYOCERA WIRELESS CORPORATION;
KYOCERA INTERNATIONAL, INC.;
KYOCERA CORPORATION;
NOKIA, INC.;
NOKIA CORPORATION;
SAMSON TECHNOLOGIES CORP.;
VTECH ELECTRNOICS NORTH AMERICA, LLC; and

    Defendants.
_____

**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT SAKAR INTERNATIONAL, INC.**
_____

    e.Digital Corporation's ("e.Digital") and Sakar International, Inc.'s ("Sakar") Joint Motion for Dismissal with Prejudice of Defendant Sakar International, Inc. **(#408)** is **GRANTED** and **IT IS HEREBY ORDERED** that, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff e.Digital Corporation's claims for relief against Sakar and Sakar's counterclaims against e.Digital are dismissed with prejudice. e.Digital's claims against all other named defendants in this action remain pending. Each party shall bear its own attorney fees, costs and expenses.

    DATED this 12th day of September, 2011.

                                      **BY THE COURT:**

                                      *Marcia S. Krieger*
                                      _____

                                      Marcia S. Krieger
                                      United States District Judge