IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-02578-MSK-MJW

e.DIGITAL CORPORATION,

        Plaintiff,

v.

COBY ELECTRONICS CORP.;
DXG TECHNOLOGY (U.S.A.), INC.;
DXG TECHNOLOGY CORPORATION;
KYOCERA COMMUNICATIONS, INC.;
KYOCERA WIRELESS CORPORATION;
KYOCERA INTERNATIONAL, INC.;
KYOCERA CORPORATION;
SAMSON TECHNOLOGIES CORP.;
VTECH ELECTRNOICS NORTH AMERICA, LLC; and

        Defendants.

## ORDER DISMISSING CLAIMS AGAINST DEFENDANTS NOKIA INC. AND NOKIA CORPORATION

THIS MATTER comes before the Court on the Joint Motion for Dismissal with Prejudice of Defendants Nokia Inc. And Nokia Corporation (Motion) **(#410)** filed October 10, 2011. Having reviewed the motion,

**IT IS ORDERED** that the Motion is **GRANTED**. Plaintiff e.Digital Corporation's claims against Nokia Inc. And Nokia Corporation are hereby dismissed, with prejudice, each party to bear its own costs and attorney fees herein expended. All future captions shall so reflect.

DATED this 11th day of October, 2011.

        **BY THE COURT:**

        *Marcia S. Krieger*

        Marcia S. Krieger

United States District Judge