IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-02578-MSK-MJW

e.DIGITAL CORPORATION,

    Plaintiff,

v.

COBY ELECTRONICS CORP.;
DXG TECHNOLOGY (U.S.A.), INC.;
DXG TECHNOLOGY CORPORATION;
NOKIA, INC.;
NOKIA CORPORATION;
SAMSON TECHNOLOGIES CORP.;
VTECH ELECTRNOICS NORTH AMERICA, LLC; and

    Defendants.

## ORDER DISMISSING CLAIMS AGAINST DEFENDANTS KYOCERA COMMUNICATIONS, INC., KYOCERA WIRELESS CORPORATION, KYOCERA INTERNATIONAL, INC. AND KYOCERA CORPORATION WITH PREJUDICE

THIS MATTER is before the Court on the Joint Motion for Dismissal With Prejudice of Defendants Kyocera Communications, Inc., Kyocera Wireless Corporation, Kyocera International, Inc. and Kyocera Corporation ("Kyocera") (Motion) **(#413)** filed October 19, 2011. The Court having read the Motion filed herein, and now being fully advised in the premises,

**IT IS ORDERED** that the Motion is **GRANTED**. All claims asserted by Plaintiff against Defendants Kyocera are hereby dismissed, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended. All future captions shall omit the aforementioned Defendants.

DATED this 20th day of October, 2011.

BY THE COURT:

_(signature: Marcia S. Krieger)_

Marcia S. Krieger
United States District Judge