IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-02578-MSK-MJW

e.DIGITAL CORPORATION,

        Plaintiff,

v.

COBY ELECTRONICS CORP.;
DXG TECHNOLOGY (U.S.A.), INC.;
DXG TECHNOLOGY CORPORATION;
NOKIA, INC.;
NOKIA CORPORATION;
VTECH ELECTRNOICS NORTH AMERICA, LLC; and

        Defendants.

---

**ORDER DISMISSING CLAIMS AGAINST DEFENDANT SAMSON TECHNOLOGIES CORP. WITH PREJUDICE**

---

THIS MATTER is before the Court on the Joint Motion for Dismissal With Prejudice of Defendant Samson Technologies Corp. (Motion) **(#414)** filed October 19, 2011.  The Court having read the Motion filed herein, and now being fully advised in the premises,

**IT IS ORDERED** that the Motion is **GRANTED**.  All claims asserted by Plaintiff against Defendant Samson Technologies Corp. are hereby dismissed, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.  All future captions shall omit the aforementioned Defendant.

DATED this 20th day of October, 2011.

                                        **BY THE COURT:**

                                        */s/ Marcia S. Krieger*
                                        Marcia S. Krieger
                                        United States District Judge