IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-02578-MSK-MJW

e.DIGITAL CORPORATION,

      Plaintiff,

v.

COBY ELECTRONICS CORP.;
DXG TECHNOLOGY (U.S.A.), INC.; and
DXG TECHNOLOGY CORPORATION,

      Defendants.

---

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

---

THIS MATTER comes before the Court on the Stipulated Motion for Dismissal with Prejudice of Defendant Vtech Electronics North America, LLC (Motion) **(#418)** filed October 24, 2011.  Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and all claims and counterclaims asserted in this matter between Plaintiff, e.Digital Corporation, and Defendant, Vtech Electronics North America, LLC, are hereby dismissed, with prejudice, each party to bear its own costs and attorney fees herein expended.  All future captions shall so reflect.

DATED this 24th day of October, 2011.

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge