IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-02578-MSK-MJW

e.DIGITAL CORPORATION,

    Plaintiff,

v.

COBY ELECTRONICS CORP.,

    Defendant.

---

### ORDER DISMISSING CLAIMS AGAINST DEFENDANTS DXG TECHNOLOGY (U.S.A.), INC. AND DXG TECHNOLOGY CORPORATION

---

e.Digital Corporation's ("e.Digital") and Defendants DXG Technology (U.S.A.), Inc's and DXG Technology Corporation's (collectively, "DXG") Joint Motion for Dismissal with Prejudice of Defendants DXG Technology (U.S.A.), Inc. and DXG Technology Corporation **(#420)** is **GRANTED** and **IT IS HEREBY ORDERED** that, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff e.Digital's claims for relief against DXG and DXG's counterclaims against e.Digital are dismissed with prejudice. e.Digital's claims against all other named defendants in this action remain pending. Each party shall bear its own attorney fees, costs and expenses. All future captions shall so reflect.

DATED this 26th day of October, 2011.

                                          **BY THE COURT:**

                                          */s/ Marcia S. Krieger*

                                          Marcia S. Krieger
                                          United States District Judge