IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-02578-MSK-MJW

e.DIGITAL CORPORATION,

    Plaintiff,

v.

COBY ELECTRONICS CORP.,

    Defendant.

## ORDER OF DISMISSAL

    e.Digital Corporation's and Defendant Coby Electronics Corp.'s Joint Motion for Dismissal with Prejudice of Defendant Coby Electronics Corp. **(#421)** is **GRANTED** and **IT IS HEREBY ORDERED** that, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff e.Digital Corporation's claims for relief against Coby Electronics Corp. and Coby Electronics Corp.'s counterclaims against e.Digital Corporation are dismissed with prejudice. Each party shall bear its own attorney fees, costs and expenses. The Clerk is directed to close this case.

    DATED this 26th day of October, 2011.

                                           **BY THE COURT:**

                                           Marcia S. Krieger
                                           United States District Judge